ALTOS HORNOS DE MEXICO, S.A. DE C.V., PLAINTIFF *v.* UNITED STATES OF AMERICA, DEFENDANT AND BETHLEHEM STEEL CORP. AND UNITED STATES STEEL CORP., DEFENDANT-INTERVENORS

Consolidated Court No. 01–00018

(Dated November 12, 2002)

## JUDGMENT ORDER

WALLACH, *Judge:* Upon consideration of the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order, *Altos Hornos de Mexico, S.A. de C.V. v. United States, et al.,* Court No. 01–00018 (April 15, 2002) ("Remand Determination"); and pursuant to the telephonic status conference held on Monday, October 7, 2002, with Kermit Alstead, appearing on behalf of Plaintiff Altos Hornos de Mexico, S.A. de C.V.; Lucius B. Lau and Scott McBride appearing on behalf of the United States; and Jennifer Ricardi appearing on behalf of Defendant-Intervenors Bethlehem Steel Corporation and United States Steel Corporation; at which time each party indicated it had not filed comments contesting Commerce's Remand Determination; the Court having reviewed Commerce's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefore, it is hereby

ORDERED that Commerce's Remand Determination is in accordance with this court's Remand Order of April 15, 2002; and it is further

ORDERED that the Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order, *Altos Hornos de Mexico, S.A. de C.V. v. United States, et al.,* Court No. 01–00018 (April 15, 2002), issued on June 28, 2002, are sustained.

---

[4] The Court is satisfied with Commerce's determination that a cash deposit rate of 62.77 percent should be imposed on Jiangsu because Commerce has adequately demonstrated that Commerce's record of the last review during which Jiangsu's predecessor actually performed provides Commerce and this Court with sufficient evidence to support a finding that Jiangsu's own performance (without accounting for the record associated with Ningbo's) calls for the imposition of a deposit rate different from 2.75 percent.